IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NYOKA MINTER,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **ACME MARKETS, INC.,**<br>　　　　　**Defendant.** | **NO. 20-1087** |

## O R D E R

**AND NOW**, this 25th day of March, 2020, upon consideration of Defendant, Acme, Markets, Inc.'s Motion to Dismiss Plaintiff's Complaint for Improper Venue (Document No. 3, filed March 3, 2020) and Plaintiff, Nyoka Minter's Answer in Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint for Improper Venue (Document No. 4, filed March 17, 2020), for the reasons stated in the accompanying Memorandum dated March 25, 2020, **IT IS ORDERED** that Defendant, Acme, Markets, Inc.'s Motion to Dismiss Plaintiff's Complaint for Improper Venue is **DENIED**. Defendant's alternative request for relief—that the case be transferred to the District of New Jersey pursuant to 28 U.S.C. § 1406(a)—is likewise **DENIED**.

**IT IS FURTHER ORDERED** that the case is **TRANSFERRED** to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1404(a). The Clerk of the United States District Court for the Eastern District of Pennsylvania shall provide the complete file in this case to the United States District Court for the District of New Jersey.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/s/ Hon. Jan E. DuBois**
　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**